PASQUALE FAVOLE, Respondent, v. DOMENICO GALLO and RAFFAELA GALLO, His Wife, Appellants.— Action to recover damages for personal injuries. The defendants interposed a defense of release. The plaintiff, in his reply, denied the allegations of this defense. Defendants moved for summary judgment under rule 113 of the Rules of Civil Practice. Resettled order denying motion reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The documentary evidence supports the defense. No affidavits were interposed by the plaintiff from affiants having personal knowledge and avoiding in an evidentiary way the effect of the release. Therefore, no triable issue of fact appears on this record in respect of this defense. It affirmatively appears that several individuals, including the plaintiff, were in a position to make such affidavits if the true situation revealed any infirmity in the release. The affidavit of the attorney having no personal knowledge and reciting hearsay is of no effect. (*City Savings Bank of Brooklyn* v. *Torro*, 253 App. Div. 748.) Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ., concur.

FRANK GIAMMATTO, as Guardian ad Litem of DOROTHY GIAMMATTO, an Infant over the Age of Fourteen Years, and FRANK GIAMMATTO, Respondents, v. THE CITY OF NEW YORK, Appellant.— Order granting plaintiffs' motion to vacate judgment, granted on default, dismissing their complaint, affirmed, without costs. Appeal from order denying motion for reargument dismissed, without costs. No opinion. Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ., concur.

JOHN J. GUTHY, JR., as Administrator, etc., of JOHN J. GUTHY, Deceased, Respondent, v. ARTHUR SPENGLER, Appellant.— Action to recover damages for wrongful death of plaintiff's decedent as a consequence of defendant's automobile striking and killing the decedent while he was crossing at an intersection of two streets in Queens county. Judgment for plaintiff unanimously affirmed, with costs. Order denying motion of defendant for a new trial on the ground of newly-discovered evidence unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.